# ATTACHMENT B

## AFFIDAVIT OF TASK FORCE OFFICER RICHARD B. LESLIE

## <u>UNITED STATES DRUG ENFORCEMENT ADMINSTRATION</u>

I, Richard B. Leslie, being first duly sworn, do hereby depose and state the following:

1. I, Richard B. Leslie, am a Detective with the Christian County; Missouri Sheriff's Department (CCSO) assigned as a Task Force Officer (TFO) with the U.S. Drug Enforcement Administration (DEA) Springfield, Missouri, Resident Office. My primary duty and assignment is to enforce the drug laws of the United States of America. I have been a sworn law enforcement officer for 10 years. The past sixteen months, I have been assigned as a TFO with DEA's Springfield, Missouri, Resident Office. I have received specialized training relating to the manufacture of controlled substances, the distribution of controlled substances, and possession with intent to distribute controlled substances. From my training and experience, I have extensive knowledge of complex illegal drug manufacturing and distribution operations.

2. This affidavit is in support of a criminal complaint charging Felix Franz FORJAN (FORJAN) with possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C. § 841(a)(1) and (b)(1)(B).

3. The information contained in this affidavit is based upon my own investigation, oral and written reports by other law enforcement officers, and other investigative techniques. The dates and times in this affidavit are approximate. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for this criminal complaint, I have not described all of the relevant facts and circumstances of which I am aware.

4. On December 20, 2016, Deputy Jeff Hook with the Christian County Sheriff's Office received a phone call from Det. Jason Copley with the Springfield Police Department Narcotics Unit. Det. Copley informed Deputy Hook he was watching a residence just outside the City of Nixa, in the County of Christian Missouri. Det. Copley informed Deputy Hook the residence was known for selling large quantities of methamphetamine and several vehicles had come and gone from the residence. Det. Copley advised Deputy Hook of a white Ford F-250 flat-bed truck. Det. Copley requested Deputy Hook gain more information on the vehicle and driver. Deputy Hook was able to provide probable cause to conduct a traffic stop on the vehicle.

5. Approximately 6:41 p.m., Deputy Hook conducted a traffic stop on the White Ford F-250 flat-bed for an expired license plate at the intersection of Main Street and Aldersgate, Nixa Missouri. Deputy Hook identified the driver of the vehicle as Felix Franz FORJAN.

6. Deputy Hook determined FORJAN had an expired driver's license and failed to maintain financial responsibility for the vehicle he was operating. Deputy Hook asked for consent to search the vehicle which FORJAN denied.

7. Approximately 6:54 p.m., Deputy Hook asked Christian County Dispatch to notify Ozark Police K9 Officer Ben Wilson to respond to his location. At Approximately 6:56 p.m. Christian County Dispatch notified K9 Officer Wilson to respond to the location. K9 Officer Wilson responded to the location at approximately 7:06 p.m. Deputy Hook had just finished writing FORJAN his citations as K9 Officer Wilson was arriving.

8. K9 Officer Wilson deployed his K9 which provided Deputy Hook with the probable cause he needed to search the vehicle. Deputy Hook asked FORJAN why the dog would have provided him with probable cause to search the vehicle. FORJAN told Deputy Hook that he smokes marijuana and there were probably marijuana roaches on the floor of the vehicle.

9. During the search of the vehicle Deputy Hook located six bundles of suspected methamphetamine in a laundry basket in the back seat of the vehicle. The six bundles where wrapped in black electrical tape. Deputy Hook unwrapped one of the bundles from the black electrical tape which revealed green saran wrap. After removing the green saran wrap Deputy Hook noticed a zip lock bag containing a large amount of crystal like substance, consistent with methamphetamine. Deputy Hook conducted a field test of the crystal like substance and it was positive for methamphetamine. Based upon my experience and training in the field of illegal trafficking of narcotics, the amount possessed by FORJAN is consistent with distribution.

I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

*Richard B. Leslie*
Richard B. Leslie
Task Force Officer, DEA

Subscribed and sworn to before me in my presence on the 21st day of December, 2016, at 11:13 (a.m.) p.m.

Honorable Judge David P. Rush
United States Magistrate Judge
Western District of Missouri