## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　Date:　August 14, 2020

vs.　　　　　　　　　　　　　　　　　　　　Case No.:　17-03011-01-CR-S-RK

**FELIX FORANZ FORJAN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Status Conference

**Time Commenced:** 8:55 a.m.　　　　　　　**Time Terminated:** 9:08 a.m.

---

### APPEARANCES

**Plaintiff:**　Abe McGull, AUSA
**Defendant:**　Josh Roberts, CJA

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Defense Counsel has filed a Motion to Withdraw as Attorney (Doc. 99). Court grants motion and will appoint new counsel.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel